UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EMANUEL NICOLESCU, | : | |
| Petitioner, | : | Civ. No. 24-138 (RBK) |
| v. | : | |
| WARDEN FORT DIX, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner, Emanuel Nicolescu ("Petitioner" or "Nicolescu"), is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See* ECF 1). On February 12, 2024, this Court ordered Respondent to file a response to Petitioner's habeas petition. (*See* ECF 2).

Presently pending before this Court is Petitioner's motion to amend his habeas petition to include an additional exhibit (*see* ECF 3), as well as Respondent's request for an extension of time to file a response to Petitioner's habeas petition. (*See* ECF 5). Good cause being shown, Petitioner's motion to amend will be granted and Respondent's request for an extension of time to file a response to the habeas petition shall also be granted.

Accordingly, IT IS on this 2nd day of April, 2024,

ORDERED that Petitioner's motion to amend his habeas petition (ECF 3) is granted and the documents contained within the motion shall be construed as part of the record in this case; and it is further

ORDERED that Respondent's request for an extension of time to file a response to Petitioner's habeas petition (ECF 5) is granted; Respondent shall file a response to the habeas petition on or before April 29, 2024; and it is further

ORDRED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge